UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMON JAQUEZ,

              Plaintiff,

   - against -

TANTUS, INC.,

              Defendant.

---

21-cv-2931 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for today is canceled.

    The plaintiff should file an Order to Show Cause for a default judgment by June 18, 2021 and follow the Court's Individual Rule VII.

SO ORDERED.

Dated:    New York, New York
            June 9, 2021

                                            John G. Koeltl
                                       United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/09/2021