UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ,

        Plaintiff,

- against -

TANTUS, INC.

        Defendant.

21-cv-2931 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff was directed to file an Order to Show Cause for a Default Judgment by June 18, 2021. The plaintiff failed to do so. The time to file an Order to Show Cause for a Default Judgment is extended until July 16, 2021. If the plaintiff fails to do so by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:   New York, New York
        July 6, 2021

                                            John G. Koeltl
                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/06/2021